IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NATHAN RIECK, and BRIAN POARCH**      **PLAINTIFFS**

NO. 19-5104

**P.A.M. TRANSPORT, INC, and**
**PAM CARTAGE CARRIERS, LLC.**      **DEFENDANTS**

## CLERK'S ORDER OF DISMISSAL

On this 31st day of March, 2020, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed in its entirety.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK


BY: S. Cummings
       Deputy Clerk